G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
ERNEL & JOSEFINA GARINO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERNEL & JOSEFINA GARINO;
Plaintiffs,
vs.
LEGAL RECOVERY LAW OFFICES, INC.; DOES 1 to 10, inclusive,
Defendants.

**Case No. SACV 11-1230-JST(ANx)**

**NOTICE OF SETTLEMENT**

Plaintiffs, ERNEL & JOSEFINA GARINO, by and though their attorney, informs this Honorable Court that Plaintiffs have settled their case with Defendant, LEGAL RECOVERY LAW OFFICES, INC. The parties are in the process of finalizing settlement, and Plaintiffs anticipate the settlement will be finalized in 40 days. Plaintiffs respectfully request that this Honorable Court vacate all dates currently set on calendar for this case.

Respectfully submitted this 13th day of March, 2012,

**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney For Plaintiff

Filed electronically on this 13th day of March, 2012, with:
United States District Court CM/ECF system

Copy mailed on this 13th day of March 2012, to:

Andrew Rundquist Esq.
Legal Recovery Law Offices
5030 Camino De La Siesta, #340
San Diego, CA 92108

**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney For Plaintiff