**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEL GARINO, et al., | Case No. SACV 11-1230-JST(ANx) |
| Plaintiff/s, | |
| v. | **ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL** |
| LEGAL RECOVERY LAW OFFICES, INC, | |
| Defendant/s. | |

On March 13, 2012, plaintiff filed a Notice of Settlement indicating that the parties have reached a settlement resolving all matters with respect to all parties. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

Plaintiff shall file a notice of dismissal no later than forty-five (45) days from the date of this order. If no dismissal is filed, the Court deems the matter dismissed at that time.

/ / /

1     The Court retains full jurisdiction over this action and this order shall not prejudice any
2 party in the action.

3

4 IT IS SO ORDERED.

5

6 DATED: March 14, 2012

7                                           **JOSEPHINE STATON TUCKER**
                                          JOSEPHINE STATON TUCKER
8                                             United States District Judge